UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

**CHARLES RICHARDS and JAY GEYWITS,**
Individually and on Behalf of All Others similarly situated, as Class Representatives,

                      Plaintiffs,

                                                **RULE 7.1**
                                                **STATEMENT**

       **-against-**

**LANG INDUSTRIES, INC., WORLD CLASS ON SITE MANAGEMENT, LLC and LANG WASTE SERVICES CORP.,**

                      Defendants.

_____

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs ( private non-governmental parties) certify that none of the defendants are publicly held corporations.

**Dated: April 23, 2007**

                                                _____
                                                **Steven Bennett Blau (SB4063)**