UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                              Plaintiff,

**CHARLES RICHARDS, ET. AL.**     **INDEX# 07 CV 3350**

— AGAINST —

**LANG INDUSTRIES, INC., ET. AL.**

                                       Defendant,

---

STATE OF NEW YORK)
             )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 2nd day of May, 2007, she served the Summons and Complaint on WORLD CLASS ON SITE MANAGEMENT, LLC, a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                 MARIA SCHMITZ

Sworn before me this
2nd day of May, 2007

LAWRENCE A. KIRSCH
  4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**CHARLES RICHARDS, ET. AL.**          Plaintiff,
                                        **INDEX# 07 CV 3350**

— AGAINST —

**LANG INDUSTRIES, INC., ET. AL.**

                                        Defendant,

---

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 2nd day of May, 2007, she served the Summons and Complaint on **LANG** INDUSTRIES, INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

MARIA SCHMITZ

Sworn before me this
2nd day of May, 2007

LAWRENCE A. KIRSCH
4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES RICHARDS, ET. AL.   Plaintiff,
                             INDEX# 07 CV 3350

— AGAINST —

LANG INDUSTRIES, INC., ET. AL.
                                       Defendant,

---

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 2nd day of May, 2007, she served the Summons and Complaint on: LANG WASTE SERVICES CORP., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

MARIA SCHMITZ

Sworn before me this
2nd day of May, 2007

LAWRENCE A. KIRSCH
4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2007