AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CHARLES RICHARDS and JAY GEYWITS,
Individually and on Behalf of All Others
similarly situated, as Class Representatives,

              Plaintiffs,

v.

LANG INDUSTRIES, INC., WORLD
CLASS ON SITE MANAGEMENT, LLC
and LANG WASTE SERVICES CORP.,

              Defendants.

**APPEARANCE**

Case Number: 07 Civ. 3350(SAS)(DCF)

To the Clerk of this court and all parties of record:

Please enter our appearance as counsel in this case for

Defendants: ALL NAMED DEFENDANTS

Lang Industries, Inc.;
World Class On Site Management, LLC; and
Lang Waste Services Corp.

We certify that we are admitted to practice in this court.

| May 22, 2007 | s/ John S. Ho | 7831 Bar Id. No. |
|---|---|---|
| Date | s/ Mark Reinharz | 6201 Bar Id. No. |

**Bond, Schoeneck & King, PLLC**
330 Madison Avenue, 39th Floor
New York, New York  10017-5001
(646) 253-2300