UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES RICHARDS and JAY GEYWITS,
Individually and on Behalf of All Others
similarly situated, as Class Representatives,   07 CV 3350 (SAS) (DCF)

               Plaintiffs,   **STATEMENT PURSUANT**
                                                     **TO RULE 7.1**

  -against-

LANG INDUSTRIES, INC., WORLD CLASS
ON SITE MANAGEMENT, LLC and LANG
WASTE SERVICES CORP.,

               Defendants.
------------------------------------------------------------X

     Defendants, LANG INDUSTRIES, INC., WORLD CLASS ON SITE MANAGEMENT, LLC and LANG WASTE SERVICES CORP., by the undersigned counsel, hereby declares as follows, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

  1. Said Defendants have no parent corporation; and,

  2. No publicly held corporation holds 10% or more of said Defendants' stock.

Dated: May 22, 2007
       New York, New York

                                       Respectfully submitted,

                                       s/     John Ho
                                       Bond, Schoeneck & King, PLLC
                                       By John Ho (JH 7831)
                                       330 Madison Avenue, 39th Floor
                                       New York, New York 10017
                                       (646) 253-2320