MAY 22 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHARLES RICHARDS and JAY GEYWITS,
Individually and on Behalf of All Others
similarly situated, as Class Representatives,

    07 CV 3350 (SAS) (DCF)

Plaintiffs,

**ORDER FOR ADMISSION PRO HAC VICE**

-against-

LANG INDUSTRIES, INC., WORLD CLASS
ON SITE MANAGEMENT, LLC and LANG
WASTE SERVICES CORP.,

Defendants.
-------------------------------------------------------X



Upon motion of John S. Ho, attorney for Defendants, seeking to admit Kathy Speaker MacNett, Esq. pro hac vice as co-counsel for all of the named Defendants in the above-captioned, and Steven Bennet Blau, Esq. counsel for the Plaintiffs having no objection to said motion;

**IT IS HEREBY ORDERED THAT**

Kathy Speaker MacNett, Esq.
Skarlatos & Zonarich, LLP
17 South Second Street, 6th Floor
Harrisburg, PA  17101
(717) 233-1000 (Voice)
(717) 233-6740 (Fax)
ksm@skarlatoszonarich.com

is admitted to practice pro hac vice as counsel for all of the named Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

12664.1 5/22/2007

Counsel shall forward the pro hac vice fee to the Clerk of the Court. Counsel shall also forward a copy of this Order to all attorneys associated with this matter.

Dated: _May 22_____, 2007

SO-ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge