05/22/2007 11:45 FAX 16462532301 Case 1:07-cv-03350-SAS BOND, SCHOENECK & KING Document 9 Filed 05/23/2007 Page 1 of 2 ☑004/007

MAY-17-2007 17:40 From:STEVEN BLAU 2124884848 To:16462532301 P.2/3

05/18/2007 12:49 FAX 18482592301 BOND, SCHOENECK & KING ☑002/003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------X

CHARLES RICHARDS and JAY GEYWITS,
Individually and on Behalf of All Others
similarly situated, as Class Representatives,

Plaintiffs,

v.

LANG INDUSTRIES, INC., WORLD
CLASS ON SITE MANAGEMENT, LLC
and LANG WASTE SERVICES CORP.,

Defendants.

--------------------------------X

Case No. 07 Civ. 3350 (SAS)(DCF)

**STIPULATION EXTENDING
TIME TO ANSWER OR
OTHERWISE MOVE**

Plaintiffs, CHARLES RICHARDS and JAY GEYWITS, and Defendants, LANG

INDUSTRIES, INC., WORLD CLASS ON SITE MANAGEMENT, LLC and LANG WASTE

SERVICES CORP., by and through counsel, hereby stipulate that the time for all of the named

Defendants to answer, move, or otherwise respond to the Complaint in this action is hereby

extended to, and including, June 8, 2007.

Defendants waives any objection they otherwise may have to the service of the Summons

or Complaint in the above-captioned matter.

So stipulated:

Steven Bennet Blau (SB 4063)
Blau & Brown, P.C.
Attorneys for Plaintiffs
54 West 21st Street, Suite 1009
New York, New York 10010
(212) 725-7272

John S. Ho (JH 7831)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
330 Madison Avenue, 39th Floor
New York, New York 10017
(646) 253-2320

SO ORDERED:

Hon. Shira A. Scheindlin
United States District Judge

Dated: May 22 2007

**2**