UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
--------------------------------------------------------- :

Richards et al

Long Industner et al

                                                 :
                                                 X
---------------------------------------------------------

*6/14/07*

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 3350 (SAS )

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _____ _____ | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ✓ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion:_____ |
| | _____ |
| | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          June 13, 2007

_____
United States District Judge

November would be best.
Thanks