UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHARLES RICHARDS AND JAY
GEYWITS, Individually and on Behalf
of All Others Similarly Situated,
as Class Representatives,

        Plaintiffs,

        -against-

LANG INDUSTRIES, INC., WORLD
CLASS ON SITE MANAGEMENT,
LLC, AND LANG WASTE
SERVICES CORP.,

        Defendants.
----------------------------------------------------------X

**SCHEDULING ORDER**

Case No.: 07-CV-3350
JUDGE SCHEINDLIN



DATE FILED: 6/14/07

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on June 13, 2007 (the "Order"); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

    (1)    the date of the conference and the appearances for the parties;

        June 13, 2007

| | |
|---|---|
| Kathy Speaker MacNett, Esq. (KM7260)<br>Skarlatos & Zonarich LLP<br>Pro Hac Vice<br>Attorneys for Defendants<br>17 South Second Street, 6th Floor<br>Harrisburg, PA 17101<br>(717) 233-1000 | (By Phone) |
| John Ho, Esq. (7831)<br>Bond, Schoeneck & King, PLLC<br>Attorneys for Defendants<br>330 Madison Avenue<br>New York, NY 10017-5001 | (In Person) |

1

(646) 253-2320

Steven Bennett Blau (SB4063)                                    (In Person)
Blau & Brown, P.C.
Attorneys for Plaintiffs
54 West 21st Street, Suite 1009
New York, NY  10010
(212) 725-7272

    (2)    a concise statement of the issues as they then appear;

        a.    Whether the defendants violated the Federal Fair Labor Standards Act (FLSA)?

        b.    Whether the defendants violated New York Labor Law regarding minimum wage and overtime?

        c.    Whether the defendants were unjustly enriched by either of the above?

        d.    Whether a class action pursuant to Rule 23 is appropriate for any portion of this case?

        e.    Whether an action under Section 216 is appropriate for the FLSA claims?

        f.    Whether the defendants prevail on one or more of the affirmative defenses?

    (3)    a schedule including:

        a.    the names of the persons to be deposed and a schedule of planned depositions;

| NAME | DATE |
|---|---|
| Edward Lang, President<br>Lang Industries, Inc.<br>World Class On Site Management LLC<br>Lang Waste Services, Corp.<br>67 Arena Court<br>Narrowsburg, NY  12764 | To Be Determined<br><br>Sept/<br>Oct |

| | |
|---|---|
| Patrick Fazio<br>Lang Industries, Inc.<br>Financial Analyst<br>67 Arena Court<br>Narrowsburg, NY 12764 | To Be Determined |
| Charles Richards<br>Yardley, PA | To Be Determined |
| Jay Geywits<br>Sydney, NY | To Be Determined |
| Any Other Plaintiff Certified or<br>Requested for Certification | To Be Determined |
| Other Persons as Identified and<br>Agreed by the Parties | To Be Determined |

} Sept/Oct

b. a schedule for the production of documents;

   August 15, 2007

c. date by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

   ~~December 30, 2007~~  November

d. time when discovery is to be completed;

   ~~January 31, 2008~~  November 30, 2007

e. the dated by which plaintiff will supply its pre-trial order matters to defendant;

   ~~February 28, 2008~~  to be determined

f. the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

   ~~March 31, 2008~~  to be determined

3

      g. A final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), will be held on _Dec. 14 at 4:30_

(4)    a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

      Protective order on identity of clients and pricing.

(5)    a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

      To be determined as the lawsuit progresses.

(6)    anticipated fields of exert testimony, if any;

      Economic expert on Damages.

(7)    anticipated length of trial and whether to court or jury;

      Four (4) days unless Class is certified;
      Eight (8) days if Class is certified.

(8)    The Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

    (9)    names, addresses, phone numbers and signatures of counsel;

Dated: June 13, 2007

*/s/ Kathy Speaker MacNett*
Kathy Speaker MacNett, Esq. (KM7260)
Skarlatos & Zonarich LLP
Pro Hac Vice
Attorneys for Defendants
17 South Second Street, 6th Floor
Harrisburg, PA 17101
(717) 233-1000

Dated: June 13, 2007

*/s/ John Ho*
John Ho, Esq. (7831)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
330 Madison Avenue
New York, NY 10017-5001
(646) 253-2320

Dated: June 13, 2007

*/s/ Steven Bennett Blau*
Steven Bennett Blau (SB4063)
Blau & Brown, P.C.
Attorneys for Plaintiffs
54 West 21st Street, Suite 1009
New York, NY 10010
(212) 725-7272

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.     6/13/07

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES RICHARDS and JAY GEYWITS,
Individually and on Behalf of All Others
similarly situated, as Class
Representatives,

        07-CV-3350 (SAS)

Plaintiffs,

-against-

LANG INDUSTRIES, INC., WORLD
CLASS ON SITE MANAGEMENT, LLC
and LANG WASTE SERVICES CORP.,

Defendants.

---

## SCHEDULING ORDER

Blau & Brown, P.C.
Attorneys for Plaintiffs
54 West 21st Street, Suite 1009
New York, New York 10010
212-725-7272