UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES RICHARDS and JAY GEYWITS, individually and on behalf of all others similarly situated as class representatives,

          Plaintiffs,

v.

LANG INDUSTRIES, INC., WORLD CLASS ON SITE MANAGEMENT, LLC, and LAND WASTE SERVICES CORP.,

          Defendants.

Case No: 07-CV-03350 (SAS) (DCF)

CLASS ACTION

---

## CONSENT TO SUE

I, hereby consent to be a Plaintiff in the Fair Labor Standards Act case captioned above. I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney's fees, costs and other relief) against the Defendants. I authorize Blau Brown & Leonard, LLC, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I certify that I worked for the Defendants as a service technician, plumber and/or driver (or a title with the same or substantially similar job duties, as explained in the attached Notice, which required travel time ) during the period April 26, 2004 to the present.

By signing and returning this consent to sue, I authorize Blau Brown & Leonard LLC, their successors and assigns, to represent me in this case. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by Blau Brown & Leonard, LLC without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment. I understand that if Plaintiffs are the prevailing party in this action, Class Counsel intends to apply to the Court for an award of attorney's fees and reimbursement of reasonable costs and disbursements from the Defendants at the conclusion of the case. Similarly, I understand that if the Plaintiffs are unsuccessful in this lawsuit, counsel for the Defendants

intend to apply to the Court for an award of reasonable costs and disbursements

Dated: 10/20/07

Signature: [signed]
Name: Ronald Castelonia
Address: 133 N. main st  Spring Valley NY 10977
Email:
Phone: 1570 470-2812

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS FORM TO: BLAU BROWN & LEONARD, LLC, 54 WEST 21ST STREET, SUITE 1009, NEW YORK, NEW YORK 10010 BY** November 7, 2007.