# BLAU BROWN & LEONARD LLC

54 West 21st Street • Suite 1009 • New York • New York 10010
Telephone (212) 725-7272 • Facsimile (212) 488-4848
www.bbpo-law.com

Members of NY, NJ & PA Bars

304 Newark Avenue
Jersey City • NJ 07302

January 15, 2008

161 Main Street • 2nd Floor
Hackensack • NJ 07601
Telephone (201) 386-1777
Facsimile (201) 386-1788
800-9100-LAW

**BY HAND DELIVERY**

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/08

JAN 16 2008
JUDGE SCHEINDLIN

Re:   *Richards, et. al. v. Lang Industries, Inc., et. al., 07-CV-3350(SAS) (CDF)*

Dear Judge Scheindlin:

The office of the undersigned represents Plaintiffs and the opt-in class in the above referenced FLSA action.

In accordance with the Amended Scheduling Order dated September 24, 2007 the parties have diligently pursued discovery by serving multiple sets of interrogatories, exchanging voluminous documents and completing the depositions of the two(2) Plaintiff Class Representatives and the Chief Executive Officer of the Defendants.

However, due to the holidays and the widespread locations of the seven (7) opt-in Plaintiffs, we will not be able to reasonably commence and complete their depositions until approximately the end of February 2008. It is also anticipated that there will be additional sets of interrogatories and document demands served as a result of these proceedings. Lastly, several non-party witnesses will be required to produce documents and be deposed pursuant to subpoena.

In view of the foregoing circumstances, request is respectfully made that the deadline for the completion of all discovery be extended for three (3) months from February 28th to May 31, 2008. I

[Handwritten annotation: Request granted in part, but no further adjournments will be granted. All discovery is to be complete by April 30, 2008. The final pretrial conference scheduled for March 17 is adjourned to May 21 at 4:30.]

[Handwritten in margin: So Ordered, [signature] 1/17/08]

have consulted with Defendants" attorney, John Ho, Esq., who has consented to such extension. No prior application has been made for the relief requested herein.

Thank you for your consideration.

Respectfully,

*Steven Bennett Blau*

Steven Bennett Blau (sb4063)

cc: John Ho, Esq. (via fax and e-mail)