UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLES RICHARDS and JAY GEYWITS,     07 CV 3350 (SAS)(DCF)
Individually and on Behalf of All Others
Similarly Situated, as Class Representatives,

                Plaintiffs,             JOINT STIPULATION OF
                                         DISMISSAL WITH PREJUDICE
                v.

LANG INDUSTRIES, INC., WORLD CLASS
ON SITE MANAGEMENT, LLC, and LANG
WASTE SERVICES CORP.,

                Defendants.
-------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, by and through counsel, hereby stipulate to the dismissal of the action in its entirety with prejudice as to Opt-In Plaintiff Luis Santana's claims.

So stipulated:

_____         _____
Steven Bennet Blau (SB 4063)             John S. Ho (JH 7831)
Blau Brown & Leonard, LLC                Bond, Schoeneck & King, PLLC
Attorney for Plaintiff                   Attorneys for Defendants
54 West Street, Suite 1009               330 Madison Avenue, 39th Floor
New York, New York 10010                 New York, New York 10017
(212) 725-7272                           (646) 253-2320


SO ORDERED:

_____
The Hon. Shira A. Scheindlin

Dated: May 12, 2008

18287.1 4/9/2008