UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

CHARLES RICHARDS, *et al.*,

                Plaintiffs,

- against -

LANG INDUSTRIES, INC., *et al.*,

                Defendants.
------------------------------------------------------------ X

**ORDER**

07 Civ. 3350 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        For the reasons stated on the record at today's conference, plaintiffs' motion to dismiss the claims of plaintiffs Robinson and Martinez for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure is granted. The claims are dismissed without costs.

                                            SO ORDERED:

                                            Shira A. Scheindlin
                                            U.S.D.J.

Dated:     New York, New York
             May 21, 2008

- **Appearances** -

**For Plaintiffs:**

Steven Bennett Blau, Esq.
Blau & Brown, P.C.
54 West 21st Street, Suite 1009
New York, NY 10010
(212) 725-7272

**For Defendants:**

John Ho, Esq.
Bond, Schoeneck & King, PLLC
330 Madison Avenue
New York, NY 10017
(646) 253-2320

Kathryn Speaker MacNett, Esq.
Skarlatos & Zonarich, L.L.P.
17 South Second Street, 6th Floor
Harrisburg, PA 17101
(717) 233-1000