UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

CHARLES RICHARDS, *et al.*,

                **Plaintiffs,**

- against -

LANG INDUSTRIES, *et al.*,

                **Defendants.**
------------------------------------------------------------ X

**ORDER OF DISMISSAL**

07 Civ. 3350 (SAS)

    The parties having notified the Court that they have nearly reached a resolution of this action,

    IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within sixty days of the date of this Order, counsel for any party may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             June 5, 2008

- **Appearances** -

**For Plaintiffs:**

Steven Bennett Blau, Esq.
Blau & Brown, P.C.
54 West 21st Street, Suite 1009
New York, NY 10010
(212) 725-7272

**For Defendants:**

John Ho, Esq.
Bond, Schoeneck & King, PLLC
330 Madison Avenue
New York, NY 10017
(646) 253-2320