UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHARLES RICHARDS and JAY GEYWITS,　　　07 CV 3350 (SAS)(DCF)
Individually and on Behalf of All Others
Similarly Situated, as Class Representatives,

        Plaintiffs,　　　　　　　　　　　　　　**JOINT STIPULATION OF**
　　　　　　　　　　　　　　　　　　　　　　　　**DISMISSAL WITH PREJUDICE**
        v.

LANG INDUSTRIES, INC., WORLD CLASS
ON SITE MANAGEMENT, LLC, and LANG
WASTE SERVICES CORP.,

        Defendants.
----------------------------------------------------------X

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, by and through counsel, hereby stipulate to the dismissal of the action in its entirety with prejudice as to plaintiff Charles Richards's claims.

So stipulated:

_____　　　　　_____
Steven Bennett Blau (SB 4063)　　　　　　　　John S. Ho (JH 7831)
Blau Brown & Leonard, LLC　　　　　　　　　　Bond, Schoeneck & King, PLLC
Attorney for Plaintiff　　　　　　　　　　　　Attorneys for Defendants
54 West Street, Suite 1009　　　　　　　　　　330 Madison Avenue, 39th Floor
New York, New York 10010　　　　　　　　　　New York, New York 10017
(212) 725-7272　　　　　　　　　　　　　　　(646) 253-2320

SO ORDERED:

_____
The Hon. Shira A. Scheindlin

Dated:_____

19374.1 6/11/2008