UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHARLES RICHARDS and JAY GEYWITS,     07 CV 3350 (SAS)(DCF)
Individually and on Behalf of All Others
Similarly Situated, as Class Representatives,

        Plaintiffs,        **JOINT STIPULATION OF**
                                                    **DISMISSAL WITH PREJUDICE**

   v.

LANG INDUSTRIES, INC., WORLD CLASS
ON SITE MANAGEMENT, LLC, and LANG
WASTE SERVICES CORP.,

        Defendants.
----------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, by and through counsel, hereby stipulate to the dismissal of the action in its entirety with prejudice as to Jay Geywits's claims.

So stipulated:

_____         _____
Steven Bennet Blau (SB 4063)                  John S. Ho (JH 7831)
Blau Brown & Leonard, LLC                   Bond, Schoeneck & King, PLLC
Attorney for Plaintiff                                 Attorneys for Defendants
54 West Street, Suite 1009                    330 Madison Avenue, 39th Floor
New York, New York  10010                 New York, New York  10017
(212) 725-7272                                           (646) 253-2320

SO ORDERED:

_____
The Hon. Shira A. Scheindlin

Dated:_____

18917.1 5/12/2008