UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES RICHARDS and JAY GEYWITS,   07 CV 3350 (SAS)(DCF)
Individually and on Behalf of All Others
Similarly Situated, as Class Representatives,

        Plaintiffs,   **JOINT STIPULATION OF**
                                           **DISMISSAL WITH PREJUDICE**

    v.

LANG INDUSTRIES, INC., WORLD CLASS
ON SITE MANAGEMENT, LLC, and LANG
WASTE SERVICES CORP.,

        Defendants.
-----------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, by and through counsel, hereby stipulate to the dismissal of the action in its entirety with prejudice as to plaintiff Charles Richards's claims.

So stipulated:

_____   _____
Steven Bennet Blau (SB 4063)   John S. Ho (JH 7831)
Blau Brown & Leonard, LLC   Bond, Schoeneck & King, PLLC
Attorney for Plaintiff   Attorneys for Defendants
54 West Street, Suite 1009   330 Madison Avenue, 39th Floor
New York, New York 10010   New York, New York 10017
(212) 725-7272   (646) 253-2320

SO ORDERED:

_____
The Hon. Shira A. Scheindlin

Dated:_____

19374.1 6/11/2008