UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHARLES RICHARDS and JAY GEYWITS,      07 CV 3350 (SAS)(DCF)
Individually and on Behalf of All Others
Similarly Situated, as Class Representatives,

           Plaintiffs,                   JOINT STIPULATION OF
                                              DISMISSAL WITH PREJUDICE
      v.

LANG INDUSTRIES, INC., WORLD CLASS
ON SITE MANAGEMENT, LLC, and LANG
WASTE SERVICES CORP.,

           Defendants.
----------------------------------------------------------X

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, by and through counsel, hereby stipulate to the dismissal of the action in its entirety with prejudice as to Jay Geywits's claims.

So stipulated:

_____
Steven Bennet Blau (SB 4063)
Blau Brown & Leonard, LLC
Attorney for Plaintiff
54 West Street, Suite 1009
New York, New York 10010
(212) 725-7272

_____
John S. Ho (JH 7831)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
330 Madison Avenue, 39th Floor
New York, New York 10017
(646) 253-2320

SO ORDERED:

_____
The Hon. Shira A. Scheindlin
Dated: 8/8/08

18917.1 5/12/2008