UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHARLES RICHARDS and JAY GEYWITS,	07 CV 3350 (SAS)(DCF)
Individually and on Behalf of All Others
Similarly Situated, as Class Representatives,

        Plaintiffs,	**JOINT STIPULATION OF**
        	**DISMISSAL WITH PREJUDICE**
    v.

LANG INDUSTRIES, INC., WORLD CLASS
ON SITE MANAGEMENT, LLC, and LANG
WASTE SERVICES CORP.,

        Defendants.
----------------------------------------------------------X

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, by and through counsel, hereby stipulate to the dismissal of the action in its entirety with prejudice as to plaintiff Charles Richards's claims.

So stipulated:

_____	_____
Steven Bennett Blau (SB 4063)	John S. Ho (JH 7831)
Blau Brown & Leonard, LLC	Bond, Schoeneck & King, PLLC
Attorney for Plaintiff	Attorneys for Defendants
54 West Street, Suite 1009	330 Madison Avenue, 39th Floor
New York, New York 10010	New York, New York 10017
(212) 725-7272	(646) 253-2320

SO ORDERED:

_____
The Hon. Shira A. Scheindlin
Dated: 8/2/08

19374.1 6/11/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHARLES RICHARDS and JAY GEYWITS,   07 CV 3350 (SAS)(DCF)
Individually and on Behalf of All Others
Similarly Situated, as Class Representatives,

        Plaintiffs,   **JOINT STIPULATION OF**
            v.   **DISMISSAL WITH PREJUDICE**

LANG INDUSTRIES, INC., WORLD CLASS
ON SITE MANAGEMENT, LLC, and LANG
WASTE SERVICES CORP.,

        Defendants.
----------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, by and through counsel, hereby stipulate to the dismissal of the action in its entirety with prejudice as to Jay Geywits's claims.

So stipulated:

_____
Steven Bennet Blau (SB 4063)
Blau Brown & Leonard, LLC
Attorney for Plaintiff
54 West Street, Suite 1009
New York, New York 10010
(212) 725-7272

_____
John S. Ho (JH 7831)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
330 Madison Avenue, 39th Floor
New York, New York 10017
(646) 253-2320

SO ORDERED

_____
The Hon. Shira A. Scheindlin
Dated: 8/8/08

18917.1 5/12/2008